UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBBIE L. ZEMKE, individually, ) <br> ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TRANSPORT EQUIPMENT CO., ) <br> INC., d/b/a KENWORTH SALES ) <br> COMPANY OF SPOKANE, ) <br> ) <br> ) <br> Defendants. ) <br> _____ ) | No. CV-06-075-AAM <br><br> **ORDER RE PROPOSED PROTECTIVE ORDER** |

    Counsel for the parties have submitted a proposed protective order to the court (Ct. Rec. 12). The court has developed concerns about entering blanket protective orders, specifically as they may result in the sealing of materials which do not justify that protection. As the court was not involved in the formulation of the proposed protective order, it declines to be a party to it, although the parties may otherwise consent to be bound by its terms. Should a dispute arise concerning the confidentiality of a specific document or matter, the parties may move for a protective order concerning the same. The parties may also move to seal specific documents which they believe should be sealed.

//

//

**ORDER RE PROPOSED PROTECTIVE ORDER**-         1

1   **IT IS SO ORDERED**.  The District Executive is directed to forward copies
2   of this order to counsel of record.
3       **DATED** this   21st   of July, 2006.

                            s/ Alan A. McDonald
                            ALAN A. McDONALD
                        Senior United States District Judge

**ORDER RE PROPOSED
PROTECTIVE ORDER-**            2