UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DEBBIE L. ZEMKE, individually,      )
                                    )      NO.      CV-06-0075-WFN
                    Plaintiff,      )
                                    )
        -vs-                        )      ORDER OF DISMISSAL
                                    )      WITH PREJUDICE
TRANSPORT EQUIPMENT  CO., INC.,     )
d/b/a KENWORTH SALES COMPANY        )
OF SPOKANE,                         )
                                    )
                    Defendant.      )

The Court has been advised by Plaintiff's counsel Leigh Talley that a settlement has been reached in this matter.  Accordingly,

**IT IS ORDERED** that:

1.  The Complaint and the claims therein are **DISMISSED WITH PREJUDICE** without costs to any party and the file may be **CLOSED**.

2.  All pending dates and deadlines are **STRICKEN**.

The District Court Executive is directed to file this Order, provide copies to counsel and to **CLOSE THIS FILE**.

**DATED** this 21st day of May, 2007.


                            ___s/ Wm. Fremming Nielsen___
                               WM. FREMMING NIELSEN
05-14                        SENIOR UNITED STATES DISTRICT JUDGE

ORDER